UNITED STATES of America,
Plaintiff—Appellee,

v.

Marilyn MANIBUSAN, Defendant—
Appellant.

No. 03–10468.

United States Court of Appeals,
Ninth Circuit.

Dec. 2, 2004.

Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

Sandra D. Lynch, Agana, GU, for Defendant–Appellant.

Before: BRUNETTI, GRABER, and BYBEE, Circuit Judges.

### ORDER

In light of the Supreme Court's grant of certiorari in *United States v. Booker*, 375 F.3d 508 (7th Cir.2004), *cert. granted*, —— U.S. ——, 125 S.Ct. 11, 159 L.Ed.2d 838 (2004), and *United States v. Fanfan*, No. 03–47, 2004 WL 1723114 (D.Me. June 28, 2004), *cert. granted*, —— U.S. ——, 125 S.Ct. 12, 159 L.Ed.2d 838 (2004), we with-

draw submission as to the sentencing issues only, pending the Supreme Court's decision in those cases. In a memorandum disposition filed this date, the convictions are affirmed.